CITY OF LAS VEGAS, NEVADA, A MUNICIPAL CORPO-
RATION, APPELLANT, v. ADEN I. CARVER, RESPOND-
ENT.

No. 8061

March 31, 1976 547 P.2d 688

*Carl E. Lovell, Jr.,* City Attorney, and *John J. Graves, Jr.,*
Deputy City Attorney, Las Vegas, for Appellant.

*Boyd & Freedman,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Aden I. Carver was convicted of a misdemeanor in a Las
Vegas Municipal Court. A timely appeal to a District Court
resulted in the conviction being reversed and the misdemeanor
complaint being dismissed. The City of Las Vegas then caused
this appeal to be lodged.

We do not reach the merit, if any, of the appeal. We have
no jurisdiction for appellate review of a district court judgment,
which has been entered on an appeal from a municipal court.
Nev. Const. art. VI, § 6. See The City of Reno v. Dixon, 42
Nev. 67, 172 P. 367 (1918), and cases cited therein. Appel-
lant's remedy, if any, would have been to timely petition for

certiorari, under NRS 34.020(3). City of Reno v. District Court, 83 Nev. 201, 427 P.2d 4 (1967). Accordingly, we
 ORDER this appeal dismissed.